In the Matter of the Judicial Settlement of the Account of Laura L. Van Alstyne and Thomas B. Van Alstyne, as Executors, etc., of Thomas J. Van Alstyne, Deceased.— Motion denied.

In the Matter of the Judicial Settlement of the Account of Proceedings of Owen J. Malone, as Administrator, etc., of Catharine Grimes, Deceased. In the Matter of the Kinship of Frederick W. Law, as Executor of John Nolan, Deceased, Appellant, v. The People of the State of New York, Respondent.— Motion for reargument denied.

In the Matter of the Judicial Settlement of the Account of Proceedings of Owen J. Malone, as Administrator, etc., of Catharine Grimes, Deceased. In the Matter of the Kinship of Frederick W. Law, as Executor of John Nolan, Deceased, Appellant, v. The People of the State of New York, Respondent.— Motion to dismiss appeal granted, without costs.

The People of the State of New York ex rel. Pliney Hubbs, Appellant, v. Herbert R. Baker, Justice of the Peace, and the Village of Mechanicville, Respondents.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Cavalier V. Personius, Respondent, v. Cora E. Personius, Appellant.— Interlocutory judgment unanimously affirmed.

Walter G. Rogers, Respondent, v. Colin H. Ball, Appellant.— Judgment and order affirmed, with costs. All concurred, except Sewell, J., dissenting, on the ground that no contract of purchase was proven.

Security Law and Mercantile Company, Appellant, v. Sarah J. Murphy, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred.

William W. Stebbins, Appellant, v. The Lehigh Valley Railroad Company, Respondent.— Case certified to the Fourth Department on account of the inability of the judges qualified to act to agree.

William H. Sussdorff, Appellant, v. Charles H. Curtis, Respondent.— Judgment unanimously affirmed, with costs.